BUSH TERMINAL COMPANY, Respondent, *v.* THE GLOBE
AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY
OF NEW YORK, Appellant.

*Bush Terminal Co. v. Globe & Rutgers Fire Ins. Co.*, 182 App. Div.
748, affirmed.

(Argued March 1, 1920; decided March 16, 1920.)

APPEAL from a judgment entered March 23, 1918, upon
an order of the Appellate Division of the Supreme Court
in the first judicial department, sustaining plaintiff's
exceptions to the direction of a verdict in favor of defendant
and to the dismissal of the complaint and directing judg-
ment in favor of plaintiff in an action upon a policy of
fire insurance covering plaintiff's " legal liability in or
for all merchandise held in their custody " as warehouse-
men. Certain merchandise having been delivered to
plaintiff, it issued its warehouse receipt stating that it was
stored in a certain building. The owner had the merchan-
dise insured as in the building specified. As a fact it was
stored in another building and was there damaged by fire.
The owner was unable to collect his insurance owing to the
mistake in designating the place of storage and plaintiff
was called upon to pay the loss, which it did, and in turn
called upon defendant to reimburse it for the amount paid.
Defendant denied liability. The Appellate Division held
that the " legal liability " clause covered the loss.

*Howard Thayer Kingsbury* and *Charles B. Samuels* for
appellant.

*Henry Escher, Jr., Lawson R. Jones* and *Cecile Iselin*
for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
McLAUGHLIN, CRANE and ELKUS, JJ.